UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MIDORI FUJII, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:14-cv-404 RLY-TAB |
| ) | |
| GOVERNOR, STATE OF INDIANA, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

**Notice Concerning Resolution of Plaintiffs' Claims for Attorneys' Fees and Costs**

Plaintiffs, by counsel, state that:

1. Their claims for attorneys' fees and costs have been resolved and the agreed amounts have been paid or are in the process of being paid.

2. Accordingly, this matter may be closed.

WHEREFORE, plaintiffs file this Notice.

s/ *Kenneth J. Falk*
Kenneth J. Falk
No. 6777-49

Gavin M. Rose
No. 26565-53

Kelly R. Eskew
No. 22953-49
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202
317/635-4059
fax: 317/635-4105
kfalk@aclu-in.org
grose@aclu-in.org

s/ *Sean C. Lemieux*
Sean C. Lemieux
No. 16778-49
Lemieux Law
23 E. 39th St.
Indianapolis, IN 46205
317/985-5809
fax: 866/686-2901
sean@lemieuxlawoffices.com
*Counsel for plaintiffs Fujii, Layne Betterman, L.M.-C., Scott and Rodney Moubray-Carrico*

keskew@aclu-in.org

James Esseks
*Pro Hac Vice*
Chase Strangio
*Pro Hac Vice*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY  10004
212/549-2627
fax: 212/549-2650
jesseks@aclu.org
cstrangio@aclu.org

*Counsel for plaintiffs Wehrle, Miller, Hasty,
Vallero, MacPherson, Stolen, A.M.-S.*

Certificate of Service

    I certify that a copy of the foregoing was filed electronically on this 25th day of March, 2015.  The following parties will be served by operation of the Court's electronic system.

Thomas M. Fisher
Solicitor General
Office of the Attorney General
tom.fisher@atg.in.gov

Thomas A. Hardin
thardin@shineandhardin.com

Darren J. Murphy
dmurphy@ori.net

                                  s/ *Kenneth J. Falk*
                                  Kenneth J. Falk
                                  Attorney at Law